UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

CARLOS SANDERS,  Case No. 8:21-BK-06002-RCT
Debtor.[1]  Chapter 13
_____/

# APPLICATION FOR ADMINISTRATIVE
# EXPENSE CLAIM FOR ATTORNEY FOR DEBTOR

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N Florida Ave, Tampa, FL 33602 and Kenneth Case, Consumer Law Attorneys, 2727 Ulmerton Rd, Suite 270, Clearwater, FL 33762 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

□ All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Debtor's counsel Kenneth Case of Consumer Law Attorneys ("Applicant") requests an administrative expense claim under 11 U.S.C. § 503(b) and represents:

1. Debtor's Chapter 13 was filed on November 29, 2021, the case was dismissed prior to confirmation.

---

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 8/14/2020                                       Revised 8/14/2020

2. Prior to filing the Chapter 13 case, Applicant and Debtor signed a fee agreement providing for a flat fee of $4,500.00. Applicant received a prepetition retainer of $1,000.00, leaving $3,500.00 unpaid.

3. Prior to the dismissal, Applicant performed these services:

  X Debtor Consultation(s) and Conferences and Communications with Debtor
  X Collection, Review and Submission of Required Financial Documents of Debtor
  X Preparation and Filing of Petition
  X Preparation and Filing of Schedules
  X Preparation and Filing of Statement of Financial Affairs
  X Preparation and Filing of Amended Schedules
  X Preparation and Filing of Chapter 13 Plan
  X Review of Claims Register and Proofs of Claim
  ___ Preparation and Filing of Motion(s) to Determine Secured Status or Avoid Liens (Doc. Nos. xx)
  X Preparation and Filing of multiple Amended Chapter 13 Plans
  ___ Preparation and Filing of Objections to Claim(s)
  ___ Preparation and Filing of Responsive Pleadings (Doc. Nos. xx)
  ___ Preparation and Attendance at Pre-confirmation Preliminary Hearings
  ___ Preparation and Attendance at Pre-confirmation Evidentiary Hearings
  X Preparation and Attendance at Confirmation Hearing
  X Other – Preparation of the Motion for Mortgage Modification and attending the Hearing on the Motion, Preparation of Motion to Reinstate Case and attending the Hearing on Motion.

4. In addition, Applicant is currently in custody of two checks issued from the Trustee totaling $3,760.79 that was refunded to the Debtor.

Wherefore, Applicant requests an administrative expense claim for attorney's fees of $3,500.00 for a total administrative expense claim under 11 U.S.C. § 503(b) of $3,500.00.

Dated: 3/28/23

**CONSUMER LAW ATTORNEYS**

/s/ *Kenneth Case*
Kenneth R. Case, Esq.
FBN: 0073758
2727 Ulmerton Rd., Ste. 270
Clearwater, FL 33762
T: (877) 241-2200
F: (727) 623-4611
E: service@consumerlawattorneys.com
E: kcase@consumerlawattorneys.com

## **PROOF OF SERVICE**

      A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on 3/28/23 to: *the attached mailing matrix.*

                                            **CONSUMER LAW ATTORNEYS**

                                            /s/ *Kenneth Case*
                                            Kenneth R. Case, Esq.
                                            FBN: 0073758
                                            2727 Ulmerton Rd., Ste. 270
                                            Clearwater, FL 33762
                                            T: (877) 241-2200
                                            F: (727) 623-4611
                                            E: service@consumerlawattorneys.com
                                            E: kcase@consumerlawattorneys.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:21-bk-06002-RCT<br>Middle District of Florida<br>Tampa<br>Tue Mar 28 18:42:24 EDT 2023 | U.S. Bank National Association<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Barbara Sanders<br>12308 Yellow Rose Cir<br>Riverview, FL 33569-4115 | Choice Legal Group, P.A.<br>PO Box 771270<br>Pompano Beach, FL 33077-1270 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Mil Star<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236-1509 | (p)U S  BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Carlos Antonio Sanders Jr.<br>12308 Yellow Rose Cir<br>Riverview, FL 33569-4115 | Christopher L Hixson<br>Consumer Law Attorneys<br>2727 Ulmerton Road<br>Suite 270<br>Clearwater, FL 33762-3368 |
| Kelly Remick<br>Chapter 13 Standing Trustee<br>Post Office Box 89948<br>Tampa, FL 33689-0416 | Kenneth R Case<br>Consumer Law Attorneys<br>2727 Ulmerton Rd., Ste. 270<br>33762<br>Clearwater, FL 33762-3368 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Bank Home Mortgage<br>P.O. Box 21948<br>Saint Paul, MN 55121 | U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>4801 Frederica Street<br>Owensboro, Kentucky 42301 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. BANK NATIONAL ASSOCIATION | (u)US Bank National Association | End of Label Matrix<br>Mailable recipients   13<br>Bypassed recipients    2<br>Total                  15 |